THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* ORANGIE L. RICHIE, Petitioner-Appellant.

(No. 60571;

First District (3rd Division)—January 9, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, for appellant.

No appearance for the People.